IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| FELIPE SORIA-NAVARRETE, ) | |
| ) | |
| Petitioner, ) | Case No. CV 06-483-S-EJL |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| PHIL VALDEZ, Warden, ) | |
| ) | |
| Respondent. ) | |
| _____ ) | |

Based upon the Court's Memorandum Order, filed herewith, and the Court's Memorandum Order filed herewith, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this cause of action shall be DISMISSED with prejudice.

DATED: **March 27, 2008**

Honorable Edward J. Lodge
U. S. District Judge

**Judgment - 1**